### 526.   WILLIAMS *v.* THE STATE.

POWELL, J.  1. In the absence of any proof to the contrary, the jury in a burglary case are authorized to infer that a building described as the "home" of the prosecutor is a dwelling-house.

2. The evidence amply warranted the verdict rendered, and no reversible error of law is assigned.                     *Judgment affirmed.*

Indictment for burglary, from Chatham superior court—Judge Cann.  May 2, 1907.

Submitted July 17,—Decided July 25, 1907.
*Gordon & Charlton,* for plaintiff in error.
*W. W. Osborne, solicitor-general,* contra.